JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ANA E.D.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>　　　　　　Defendant. | CASE NO. CV 20-4739-AS<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that this action is DISMISSED with prejudice.


　　　DATED:　June 22, 2021


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE